IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br>AUTUMN LEAVES SEALS,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S FIRST MOTION IN LIMINE TO LIMIT EVIDENCE<br><br><br><br><br>Case No. 2:09-CR-232 TS |

This matter is before the Court on Defendant's First Motion in Limine to Limit Evidence. Defendants ask the Court to limit the admissibility of a phone recording between Defendant and the alleged victim. Defendant argues, very briefly and without case law or legal rules, that the conversation is incomplete and is unclear.

Defendant has provided no legal basis for the conversation to be excluded. The fact that the conversation might be unclear is not a reason for its exclusion. The jury will give to the taped conversation the weight it deems appropriate. Similarly, Defendant does not state in what way the phone call is incomplete. The Court has reviewed the phone call and although it agrees that it is not always clear, it appears that the phone conversation is complete.

Moreover, the Court finds no evidentiary basis for its exclusion at this time.

Therefore, based on the above, it is hereby

ORDERED that Defendant's Motion in Limine to Limit Evidence (Docket No. 64) is

DENIED.

DATED   June 10, 2010.

BY THE COURT:

_____

TED STEWART
United States District Judge