IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>AUTUMN LEAVES SEALS,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:09-CR-232 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant the Motion.

## I. BACKGROUND

On June 16, 2010, Defendant was found guilty of possession of an unregistered destructive device and felon in possession of a destructive device. On October 20, 2010, Defendant was sentenced to a term of 97 months in the custody of the Bureau of Prisons, to be followed by 36 months of supervised release.

Defendant began his term of supervision on June 7, 2016. In his Motion, Defendant represents that he has complied with the terms of his supervised release. Defendant states that he would like to have his supervision terminated so that he can explore business opportunities, travel freely, and generally move forward with his life. Consultation with Defendant's supervising officer confirms that he has complied with the terms of supervision and has done well while on supervised release.

1

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III.  CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 124) is GRANTED.  It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED this 5th day of June, 2018.

BY THE COURT:

Ted Stewart
United States District Judge